UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-21615-BLOOM/Louis

JOSE ENRIQUE PONS,

    Plaintiff,

v.

CARAF OIL GAS STATION,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff Jose Enrique Pons' Application to Proceed in District Court Without Prepayment of Fees or Costs ("Application"). ECF No. [3]. The matter was assigned to Magistrate Judge Lauren Louis pursuant to Administrative Order 2025-11. Because she did not possess authority to issue a dispositive order in this case, Judge Louis issued a Report and Recommendations ("R&R") recommending that Plaintiff's Application be denied and his Complaint dismissed without prejudice. ECF No. [6]. The R&R advised Plaintiff that "[t]he parties will have FOURTEEN (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with this Court." *Id.* at 4. To date, Plaintiff has filed no objections, nor has Plaintiff sought additional time to file objections. The Court has, nonetheless, conducted a *de novo* review of the R&R and the record and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Case No. 25-cv-21615-BLOOM/Louis

Upon review, the Court finds Judge Louis's R&R to be well reasoned and correct. The Court agrees with the analysis in the R&R and concludes that Plaintiff's Application must be denied and the Complaint dismissed without prejudice for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [6]**, is **ADOPTED**.

2. The Application to Proceed Without Prepayment of Fees and Costs, **ECF No. [3]**, is **DENIED**.

3. Plaintiff's Complaint is **DISMISSED without prejudice**.

4. All pending motions are **DENIED AS MOOT**; and

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 23, 2025.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of record

Jose Enrique Pons
Monroe County Jail
Inmate Mail/Parcels
5501 College Road
Key West, FL 33040
PRO SE